Steven Prentice
Opus# 1502120
NCDPS, Pender Correction
P.O. Box 1058
Burgaw, N.C. 28425

FILED

APR 26 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

Honorable Judge Devers
U.S. District Court
C/o Clerk of Court
PO Box 25670
Raleigh, N.C. 27611

April 18, 2021

RE: Appointment of Counsel - Prentice V. NCDPS, et al
#5:20-CT-3150-D

To the Honorable Court:

Several months ago, NCPLS, Inc. was appointed for the above-cited matter to assist with Discovery. However, despite a few letters of inquiry, it does not appear any action has been taken and no counsel has acknowledged who is assigned to the case. Every time I write, I get form letters and forms for appeals and civil complaints. And, while I appreciate some response, this activity is an indication that they are not really reading the mail. They are simply sending out their packet when a letter arrives from an inmate, I received three sets of blank civil forms and habeas forms, with advice to file sick call requests, Grievances, and lawsuits.

I don't want to file a bunch of lawsuits, I want to successfully obtain good medical treatment as a result of this single civil action. And, if NCDPS cannot provide the medical care I need, which they've

(1)

acknowledged they are both, unable and unwilling to do, then some other solution must be found.

Despite my 200 pages of exhibits, I know discovery for actual records is important. So, my attorney is important for bringing it all together. I understand that "the system" is slow. People make it slow. Rather than sending me information packets and forms with advice to exhaust administrative remedies, I would like for them to tell me who my counsel is and what is being accomplished in the discovery. I've penned another letter to NCPLS for my attorney.

I have already filed many sick call requests and grievances and continue to do so. I've already exhausted administrative remedies.

We may have to get another firm appointed if NCPLS, INC cannot handle discovery. They expressed a willingness and I don't know what changed. I would just ask the Court to keep an eye on the situation to insure proper handling.

Thank you, for the Court's time. Stay safe amid COVID. (There is a new "double variant" corona in India which infects people already immunized and with harsher affects.)

Respectfully,

Steven Prentice
Complaintant

(2)