**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION**

**No. 5:20-ct-03150-D**

| | |
|---|---|
| **STEVEN DIXON PRENTICE,**<br>        **Plaintiff,** | |
| | |
| **v.** | **NCPLS NOTICE OF**<br>**REPRESENTATION** |
| | |
| **STATE OF NORTH CAROLINA, et al.,**<br>        **Defendants.** | |

In response to the court's order and pursuant to Standing Order 21-SO-l l, North Carolina Prisoner Legal Services, Inc., ("NCPLS") hereby informs the court that it is able to accept appointment in the above-captioned case.

Respectfully submitted this 7th day of December, 2021.


/s/ Lindsay Bass
Lindsay Bass
N.C. Bar No. 41092
N.C. Prisoner Legal Services, Inc.
Post Office Box 25397
Raleigh, North Carolina 27611
(919) 856-2200
(919) 856-2223 (Fax)
LBass@ncpls.org

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2021, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to

counsel of record for all parties.  I also hereby certify that on December 7, 2021, I mailed a copy

of the foregoing to following individual:

**Mr. Steven Dixon Prentice, OPUS #1502120**
Pender Correctional Institution
P.O. Box 1058
Burgaw, NC 28425

/s/ Lindsay Bass
Lindsay Bass